IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 0:12-440-JFA |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DERRICK ANTONIO MCILWAIN | ) | |

And now this 30th day of October, 2012, the within Motion to Dismiss the Indictment is granted and it is hereby ordered and decreed that the Indictment in Criminal Action Number 0:12-440 against Derrick Antonio McIlwain be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

October 30, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge